# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **JASCHA CHIAVERINI** | : | Case No. |
| 10-351 County Road O-3 | | |
| Napoleon, OH 43545, | : | Judge |
| and | : | **NOTICE OF REMOVAL** |
| **CHIAVERINI, INC.** | : | |
| 125 E. Maumee Ave. | | |
| Napoleon, OH 43545, | : | |
| Plaintiffs, | : | |
| vs. | : | |
| **CITY OF NAPOLEON** | : | |
| 255 W. Riverview Avenue | | |
| Napoleon, OH 43545, | : | |
| and | : | |
| **NICHOLAS EVANOFF, as an individual** | : | |
| 310 Glenwood Ave. | | |
| Napoleon, OH 43545, | : | |
| and | : | |
| **DAVID STEWARD, as an individual** | : | |
| 310 Glenwood Ave. | | |
| Napoleon, OH 43545, | : | |
| and | | |

|  | : |
|---|---|
| **JAMIE MENDEZ, as an individual** | |
| 310 Glenwood Ave. | : |
| Napoleon, OH 43545, | |
| | : |
| and | |
| | : |
| **ROBERT WEITZEL, as an individual** | |
| 310 Glenwood Ave. | : |
| Napoleon, OH 43545, | |
| | : |
| and | |
| | : |
| **DAVID HILL** | |
| 511 Fillmore Street | : |
| Napoleon, OH 43545, | |
| | : |
| and | |
| | : |
| **CHRISTINA HILL** | |
| 511 Fillmore Street | : |
| Napoleon, OH 43545, | |
| | : |
| and | |
| | : |
| **JOHN DOE, unknown persons** | |
| | : |
| Defendants. | |
| | : |

\* \* \* \* \* \* \*

Defendants, City of Napoleon, Nicholas Evanoff, David Steward, Jamie Mendez, and Robert Weitzel ("Defendants"), appear for the purposes of removal and state:

1. These Defendants wish to exercise their rights under the provisions of 28 U.S.C. §1441 et seq. to remove this action from the Court of Common Pleas of Henry County, Ohio, in which this case is now pending under the style of <u>Jascha Chiaverini, *et al.*, v. City of Napoleon, *et al.*, Case No. 17CV126</u>.

2

2. This is a civil action over which this Court has original jurisdiction arising under the provisions of 28 U.S.C. §1331 *et seq.*, federal question jurisdiction, and is an action which may be removed to this Court by these Defendants pursuant to 28 U.S.C. §1441(a). Plaintiffs assert that these Defendants violated his rights under the Fourth and Fourteenth Amendments to the U.S. Constitution in violation of 42 U.S.C. §1983. Plaintiffs also attempt to assert civil claims arising under two federal criminal statutes, 18 U.S.C. §241 and 18 U.S.C. §242, and they seek attorney fees under 42 U.S.C. §1988.

3. This Notice of Removal is being filed within 30 days after these Defendants received a copy of the Complaint, and it is timely in accordance with 28 U.S.C. §1446(b). These Defendants' time to move, plead, or answer with respect to the Complaint has not expired. Copies of all process and pleadings served by and upon these Defendants are attached hereto as Exhibit 1.

4. All Defendants, with the exception of the John Doe Defendants whose identities are unknown, have provided consent to this removal in compliance with 28 U.S.C. §1446(b). Defendants' counsel has spoken with Defendants David Hill and Christina Hill, who are not represented by the undersigned counsel, and hereby certifies that those Defendants have provided their consent to this removal. *See* Exhibit 2, emails confirming those conversations.

Respectfully submitted,

**SPENGLER NATHANSON P.L.L.**

/s/ *Teresa L. Grigsby*
Teresa L. Grigsby (0030401)
tgrigsby@snlaw.com
Jennifer A. McHugh (0084842)
jmchugh@snlaw.com
SPENGLER NATHANSON P.L.L.

Four SeaGate, Suite 400<br>
Toledo, Ohio 43604-2622<br>
Telephone: (419) 241-2201<br>
Facsimile: (419) 241-8599<br>
<br>
*Attorneys for Defendants, City of Napoleon, Nicholas Evanoff, David Steward, Jamie Mendez, and Robert Weitzel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this <u>4th</u> day of December, 2017, by electronic mail and ordinary U.S. mail, postage prepaid, upon:

| | |
|---|---|
| Matthew O. Hutchinson, Esq.<br>Schindler Neff LLP<br>6135 Trust Drive Suite 115<br>Holland, OH 43528<br><br>Attorney for Plaintiffs | David Hill<br>511 Fillmore Street<br>Napoleon, OH 43545<br><br>Defendant<br><br>Christina Hill<br>511 Fillmore Street<br>Napoleon, OH 43545<br><br>Defendant |

<i>/s/ Teresa L. Grigsby</i><br>
Teresa L. Grigsby

376761