UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jascha Chiaverini, et al.,                               Case No. 3:17-cv-2527

         Plaintiffs,

     v.                                               JUDGMENT ENTRY

City of Napoleon, et al.,

         Defendants.

     For the reasons stated in the Memorandum Opinion and Order filed concurrently, I deny Defendants motion for sanctions. (Doc. No. 74).

                                                    s/ Jeffrey J. Helmick
                                                    United States District Judge