UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jascha Chiaverini, et al.,                              Case No. 3:17-cv-2527

                 Plaintiffs,

    v.                                                   JUDGMENT ENTRY

City of Napoleon, et al.,

                 Defendants.

      For the reasons stated in the Memorandum Opinion and Order filed concurrently, Defendants' motion to strike the affidavit of George Rogers is granted in part and denied in part. (Doc. No. 108). Further, Defendants' motion to strike portions of Jascha Chiaverini's affidavit is also granted in part and denied in part. (Doc. No. 109).

                                                          s/ Jeffrey J. Helmick
                                                          United States District Judge