UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jascha Chiaverini, et al.,            Case No. 3:17-cv-2527

           Plaintiffs,

    v.            JUDGMENT ENTRY

City of Napoleon, et al.,

           Defendants.

For the reasons stated in the Memorandum Opinion and Order filed concurrently, Defendants' motion for summary judgment is granted as to Counts 1-6 and Count 8; and denied as to Count 9. (Doc. No. 96). I decline to exercise supplemental jurisdiction as to the state law claim in Count 9, and remand this remaining count to the state court for further resolution. Further, Plaintiffs' motion for leave to file a surreply is denied. (Doc. No. 110).

                               s/ Jeffrey J. Helmick
                               United States District Judge