# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 21-3996

---

Filed: February 23, 2023

JASCHA CHIAVERINI; CHIAVERINI, INC.

    Plaintiffs - Appellants

3:17cv2527 - JJH

v.

CITY OF NAPOLEON, OH; NICHOLAS EVANOFF; DAVID STEWARD; JAMIE MENDEZ; ROBERT G. WEITZEL; DAVID HILL; CHRISTINA HILL; JOHN DOE, unknown persons

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 01/11/2023 the mandate for this case hereby issues today. Affirmed

COSTS: None