IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jascha Chiaverini, et al.<br><br>　　Plaintiffs<br><br>-vs.-<br><br>City of Napoleon, et al.<br><br>　　Defendants | Case No. 3:17cv2527<br><br>Judge Jeffrey J. Helmick<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Matthew O. Hutchinson (#0076345)<br>HERSHOFF LUPINO & YAGEL LLP<br>88539 Overseas Highway<br>Tavernier, Florida 33070<br>(305) 852-8440<br>FAX (305) 852-8448<br>mhutchinson@HLYlaw.com<br>Attorney for Plaintiff |

Attorney, Matthew O. Hutchinson, pursuant to the Court's Order dated April 3, 2025, moves the Court for leave to withdraw as attorney of record for Plaintiffs, Jascha Chiaverini and Chiaverini, Inc.

　　　　　　　　　　　　　　　　　　/s/ Matthew O. Hutchinson
　　　　　　　　　　　　　　　　　　Matthew O. Hutchinson (#0076345)
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing was served upon the following persons on April 30, 2025 by the electronic service provided via PACER electronic service system:

Teresa L. Grigsby
Jennifer McHugh
900 Adams Street
Toledo, Ohio 43604

Additionally, this certifies that a copy of the foregoing was served upon the following persons on April 30, 2025 by U.S. Mail:

George C. Rogers
4048 Tralee Drive
Lake Wales, FL 33859

Jascha Chiaverini
10-351 County Road O-3
Napoleon, OH 43545

Chiaverini, Inc.
c/o George C. Rogers, agent
1205 Scott St.
Napoleon OH 43545

                                              /s/ Matthew O. Hutchinson
                                              Matthew O. Hutchinson (#0076345)
                                              Attorney for Plaintiff